# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Hilda L. Solis, Secretary of Labor, | ) | |
| United States Department of Labor, | ) | |
| | ) | **ORDER GRANTING PLAINTIFF'S** |
| Plaintiff, | ) | **MOTION FOR DEFAULT JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:08-cv-098 |
| LAS International, Ltd., | ) | |
| Neil Whittey, and Syver Vinje, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is the Plaintiff's, "Motion for Default Judgment against Defendant LAS International, Ltd., and Defendant Syver Vinje" filed on June 6, 2009. It has been shown that defendant LAS International, Ltd. waived service of the summons and complaint on January 8, 2009, making their answer to the complaint due by February 7, 2009. Defendant Syver Vinje was personally served with a copy of the summons and complaint on January 27, 2009, making his answer to the complaint due by February 17, 2009. Such service appears to be in compliance with Rule 4(f) of the Federal Rules of Civil Procedure. To date, no answer has been filed nor any appearance made on behalf of these defendants. Having failed to defend or otherwise appear, default shall be entered against defendants LAS International, Ltd., and Syver Vinje. See Fed. R. Civ. P. 55(a). The Plaintiff's Motion for Default Judgment is **GRANTED**. (Docket No. 9). The Clerk of Court is directed to enter default judgment in the amount of $33,769.42. See Fed. R. Civ. P. 55(b); Affidavit of Sam Henson (Docket No. 9-2).

**IT IS SO ORDERED.**

Dated this 7th day of July, 2009.

                                                 */s/ Daniel L. Hovland*
                                                 Daniel L. Hovland, Chief Judge
                                                 United States District Court